NOV 3 0 2010

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

8
9
10

11  KAKUNGULU BADRU,
        #1006653                          )
                                          )
12          Plaintiff,                    )        3:10-cv-00687-RCJ-RAM
                                          )
13  vs.                                   )
                                          )        **ORDER**
14  STATE OF NEVADA,                      )
                                          )
15          Defendant.                    )
    _____/

16

17        On November 2, 2010, the court received a handwritten document from plaintiff titled "Notice

18  of Appeal" that indicates that plaintiff seeks to appeal a court decision–possibly a state district court–to

19  the U.S. Court of Appeals for the Ninth Circuit (docket #1-1).  Plaintiff is hereby informed that no such

20  appeal exists, that is, one cannot appeal decisions of a state district court to this court or to the Ninth

21  Circuit.

22        **IT IS THEREFORE ORDERED** that this action is **DISMISSED WITH PREJUDICE.**

23
24
25
26        **IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close

1    this case.

2    DATED this _30th_ day of _November_____, 2010.

3

4

5    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2